UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA DIMEGLIO

      Plaintiff,

 - against -

BORN TO BE SASSY, LLC,

      Defendant.

23-cv-8249 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

 The parties are directed to file a Rule 26(f) report by November 18, 2023.

SO ORDERED.

Dated: New York, New York
    November 2, 2023

             /s/ John G. Koeltl
             John G. Koeltl
            United States District Judge