UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA DIMEGLIO

                Plaintiff,

   - against -

BORN TO BE SASSY, LLC,

                Defendant.

23-cv-8249 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by November 18, 2023.

SO ORDERED.

Dated:    New York, New York
            November 2, 2023

                                    John G. Koeltl
                              United States District Judge