```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

MARIA DIMEGLIO,

                Plaintiff,

      - against -

BORN TO BE SASSY, LLC,

                Defendant.

------------------------------------------------------------

23-cv-8249 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the parties to file a Rule 26(f) report is extended to **December 1, 2023**.

SO ORDERED.

Dated:    New York, New York
           November 21, 2023

                                          _____
                                            John G. Koeltl
                                      United States District Judge